United States Court of Appeals
Fifth Circuit

**F I L E D**

**October 14, 2004**

Charles R. Fulbruge III
Clerk

**UNITED STATES COURT OF APPEALS
FIFTH CIRCUIT**

————————

No. 04-30400

(Summary Calendar)

————————

In the Matter Of: WILLIAM T WESTMORELAND; MARY B WESTMORELAND,

Debtors,

---------------------------------------------------

WILLIAM T WESTMORELAND; MARY B WESTMORELAND,

Appellants,

versus

UNITED STATES TRUSTEE; LUCY G SIKES,

Appellees.

———————————————————————————————————

Appeal from the United States District Court
For the Western District of Louisiana
USDC No. 3:03-CV-1971

———————————————————————————————————

Before GARZA, DeMOSS, and CLEMENT, Circuit Judges.

PER CURIAM:*

---

   *       Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R.

We affirm the district court's judgment essentially for the reasons given in its Opinion of January 26, 2004.

AFFIRMED.

---

47.5.4.